UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY HARRINGTON and KELLI HARRINGTON,<br><br>       Plaintiffs,<br><br>       vs.<br><br>HARMAN MANAGEMENT CORPORATION,<br><br>       Defendant. | No. 1:17-cv-03112-SAB<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

 Before the Court is the parties' Stipulation to Dismiss Without Prejudice, ECF No. 15. The parties ask that the Court dismiss this action without prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The parties' Stipulation to Dismiss Without Prejudice, ECF No. 15, is **GRANTED**.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION WITHOUT PREJUDICE ~ 1**

2. The above-captioned case is **dismissed** without prejudice.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel and close the file.

**DATED** this 19th day of October 2017.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION WITHOUT PREJUDICE ~ 2**